# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128929

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JERMOND CORTEZ BALL,
      Defendant-Appellant.

SC: 128929
COA: 261106
Berrien CC: 2004-411090-FH

_____/

      On order of the Court, the application for leave to appeal the May 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

_____
Clerk

11024